PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.  }  Crim. No. 2:19CR235-RAH-01

Thaddeus Jermaine Mobley

On 07/09/2020 the above named was placed on probation/supervised release for a period of 3 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

s/Darren Kennemer
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 25th day of January, 20 22.

/s/ R. Austin Huffaker, Jr.
United States District Judge